# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MERRITT J. VINCENT, et al., | |
|     Plaintiffs, | Case No. 2:14-cv-01073-APG-NJK |
| vs. | ORDER |
| FOUR QUEENS, LLC, | |
|     Defendant. | |

This matter is before the court on Defendant's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. Defendant filed its answer to Plaintiffs' Complaint on July 16, 2014. Docket No. 7. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Defendant has failed to comply.

. . . .

. . . .

Accordingly, **IT IS ORDERED** that Defendant shall file its Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., August 6, 2014.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED: August 1, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge