UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MERRITT J. VINCENT and BILLIE J. VINCENT,<br><br>                Plaintiffs,<br><br>v.<br><br>FOUR QUEENS, LLC,<br><br>                Defendant. | Case No. 2:14-cv-01073-APG-NJK<br><br>**ORDER** |

      Pursuant to the Scheduling Order (Dkt. #11), the parties were required to file a proposed joint pretrial order by March 13, 2015.  Nothing was filed.

      IT IS ORDERED that the parties shall file a proposed joint pretrial report on or before July 15, 2015.

      DATED this 1st day of July, 2015.

                                          ANDREW P. GORDON
                                          UNITED STATES DISTRICT JUDGE