**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MERRITT J. VINCENT and BILLIE J. VINCENT, | Case No. 2:14-cv-01073-APG-NJK |
| Plaintiffs, | **ORDER** |
| v. | |
| FOUR QUEENS, LLC, | |
| Defendant. | |

On July 15, 2015, the parties filed a joint pretrial memorandum that does not comport with the form of a pretrial order under Local Rule 16-4. The parties shall file a joint pretrial order that complies with the Local Rules on or before July 24, 2015.

IT IS SO ORDERED.

DATED this 15th day of July, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE