Kumen L. Taylor (10244)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
ktaylor@hutchlegal.com
*Attorneys for Four Queens, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MERRITT J. VINCENT (an individual), BILLIE J. VINCENT (an individual),<br><br>Plaintiffs,<br><br>vs.<br><br>FOUR QUEENS, LLC,<br><br>Defendant. | Case Number: 2:14-cv-01073<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER** |

On July 15, 2015, this Court ordered the parties to file a Joint Pretrial Order by July 24, 2015. The parties now respectfully request that Plaintiff and Defendant have an additional ten (10) days to file a joint pretrial order, until and through August 3, 2015.

The primary reason for the parties' request is that counsel for Defendant will not be available over the course of the next ten days and will be unable to participate in the re-draft that the Court graciously extended the deadline to July 24, 2015. This requested extension of time is made for good cause and not for purposes of delay.

***

***

***

***

1 | The parties expressly agree that the execution of this Stipulation shall not be deemed
2 | an admission or waiver of any rights belonging to any party hereto.
3 | IT IS SO STIPULATED.
4 | DATED this 16th day of July, 2015.

HUTCHISON & STEFFEN, LLC                    THE LAW OFFICE OF MALIK W. AHMAD

/s/ Kumen L. Taylor                                       s/s Malik W. Ahmad
_____             _____
Kumen L. Taylor (10244)                              Malik W. Ahmad, Esq.
10080 West Alta Drive, Suite 200                 8072 W. Sahara Ave., Ste. A | Las Vegas,
Las Vegas, Nevada 89145                            NV 89117

*Attorneys for Defendant*                            *Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States District Judge
DATED: July 17, 2015

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of HUTCHISON & STEFFEN, LLC and that on this 16th day of July, 2015, I caused the above and foregoing document entitled STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER to be served electronically by the court to all attorneys or parties on the Service List of the above-entitled matter and/or:

    9    by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

    9    to be served via facsimile; and/or

    :    through CM/ECF and the court's electronic filing system; and/or

    9    to be hand-delivered;

to the attorneys/parties listed below at the address and/or facsimile number indicated below:

Malik W. Ahmad, Esq.
8072 W. Sahara Ave., Suite A
Las Vegas, NV 89117
Telephone: (702) 270-9100
FAX: (702) 233-9103
Attorneys for Plaintiffs