UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MERRITT J. VINCENT and BILLIE J. VINCENT, | Case No. 2:14-cv-01073-APG-NJK |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| FOUR QUEENS, LLC, | |
| Defendant. | |

    I previously granted the parties' stipulation to file the proposed joint pretrial order by August 3, 2015. (Dkt. #23.) The parties did not file the proposed joint pretrial order as required.

    IT IS ORDERED that the parties shall file a proposed joint pretrial order on or before August 20, 2015. The failure to file the proposed joint pretrial order may result in issuance of an Order to Show Cause why sanctions should not be issued against the parties and counsel.

    DATED this 10th day of August, 2015.

                                                     ANDREW P. GORDON
                                                   UNITED STATES DISTRICT JUDGE