**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MERRITT VINCENT, et al., ) | |
| ) | Case No. 2:14-cv-01073-APG-NJK |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| FOUR QUEENS, LLC, ) | (Docket No. 30) |
| ) | |
| Defendant(s). ) | |

Pending before the Court is Defendant's motion to continue the date of the settlement conference scheduled on November 23, 2015 ("Settlement Conference"). Docket No. 30. On October 8, 2015, United States District Judge Andrew P. Gordon referred this case to the undersigned Magistrate Judge for a settlement conference. Docket No. 27. The next day, October 9, 2015, the Court issued an order setting a mandatory settlement conference for November 23, 2015. Docket No. 29. On November 16, 2015 Defendant filed its motion to continue the Settlement Conference. Docket No. 30. Plaintiff filed a notice of non-opposition. Docket No. 31. For good cause and excusable neglect shown, Court hereby **GRANTS** Defendant's motion to continue the November 23, 2015, Settlement Conference. Docket No. 30. The dates submitted by the parties, however, do not comport with the Court's calender.

. . . .

. . . .

. . . .

. . . .

1  The Court therefore **ORDERS** the parties to meet, confer, and jointly submit five alternative dates in
2  January on which all required participants are available to attend the Settlement Conference, no later
3  than November 20, 2015.
4       IT IS SO ORDERED.
5       DATED: November 17, 2015

_____
Nancy J. Koppe
United States Magistrate Judge