✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____   Nevada

Merritt J Vincent and Billie J Vincent

                          Plaintiffs,

            V.

Four Queens, LLC

                          Defendant.

**JUDGMENT FOR ATTORNEY
FEES IN A CIVIL CASE**

Case Number:  2:14-cv-01073-APG-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that Plaintiffs' counsel Malik W. Ahmad is Granted attorney fees and costs in the amount of $14,000.00.

4/14/2016

Date

/s/ Lance S. Wilson

Clerk

/s/ S. Denson

(By) Deputy Clerk